PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Division 7
ELIZABETH LANDGRAF, CA 313184
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA M. GALUSHA,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:22-cv-00854-JDP<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment

in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATE: October 4, 2022
        */s/ Robert Weems**
        ROBERT WEEMS
        Weems Law Offices
        Attorney for Plaintiff
        *Authorized via e-mail on October 4, 2022

        PHILLIP A. TALBERT
        United States Attorney
        MATHEW W. PILE
        Associate General Counsel
        Office of Program Litigation, Division 7
        Social Security Administration

By   */s/ Elizabeth Landgraf*
        ELIZABETH LANDGRAF
        Special Assistant United States Attorney

        Attorneys for Defendant

**[PROPOSED] ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The clerk of the Court shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

Dated:   October 5, 2022
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

Stip. to Remand, 2:22-cv-00854-JDP        3