1  Robert C Weems (SBN 148156)
   WEEMS LAW OFFICES
2  526 3rd St., Ste. A-2
   San Rafael, CA 94901
3  Ph: 415.881.7653
   Fx: 866.610.1430
4  Email: rcweems@weemslawoffices.com

5  Attorney for Plaintiff,
   REBECCA M. GALUSHA
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  REBECCA M. GALUSHA,                    Case 2:22-cv-00854-JDP

12            Plaintiff,                    STIPULATION AND ~~PROPOSED~~ ORDER
                                            RE ATTORNEY FEES
13  v.

14  COMMISSIONER OF SOCIAL SECURITY,

15            Defendant.

16

17       IT IS HEREBY STIPULATED by and between the parties through their undersigned

18  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses

19  in the amount of Nine Hundred Forty-Eight Dollars and Forty-Four Cents ($948.44) under the

20  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

21  This amount represents compensation for all legal services rendered on behalf of Plaintiff by

22  counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

23       After the Court issues an order for EAJA fees to Plaintiff, the government will consider

24  the matter of Plaintiff's assignment of EAJA fees to his counsel. Pursuant to *Astrue v. Ratliff*, 560

25  U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are

26  subject to any offset allowed under the United States Department of the Treasury's Offset

27  Program. After the order for EAJA fees is entered, the government will determine whether they

28  are subject to any offset.

                                        1

1    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

2    that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,

3    expenses, and costs to be made directly to Plaintiff's counsel, pursuant to the assignment executed

4    by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

5    This stipulation constitutes a compromise settlement of Plaintiff's claim for EAJA

6    attorney fees and does not constitute an admission of liability on the part of Defendant under the

7    EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and

8    bar to, any and all claims that Plaintiff and/or counsel, including counsel's firm, may have

9    relating to EAJA attorney fees in connection with this action.

10    This award is without prejudice to the rights of counsel and/or counsel's firm to seek

11    Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause

12    provisions of the EAJA.

13    WEEMS LAW OFFICES                          PHILLIP A. TALBERT
                                                     United States Attorney
14                                               MATTHEW W. PILE
                                                 Associate General Council
15                                                 Office of Program Litigation, Office 7
                                                   Social Security Administration
16                                               ELIZABETH LANDGRAF
                                                   Special Assistant United States Attorney
17

18    */s/Robert C. Weems*                By:    */s/ Elizabeth Landgraf*
      ROBERT C. WEEMS,                           ELIZABETH LANDGRAF
19    Attorney for Plaintiff,                     Sp. Asst. U.S. Attorney,
      REBECCA M. GALUSHA                         Attorneys for Defendant
20                                               (per email authorization 1/4/2023)

21

22                              [PROPOSED] ORDER

23

24    IT IS SO ORDERED.

25

26    Dated:    January 5, 2023          _____
                                         JEREMY D. PETERSON
27                                       UNITED STATES MAGISTRATE JUDGE

28

                                          2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3